UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**ORIGINAL**

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

TRADEMARK TILE, INC., and KRISTINE DeBOER, individually,

Defendants.

Civil No. 01-CV-2109 PAM/JGL

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT KRISTINE DeBOER AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P.41(a)(1), the Plaintiffs hereby dismiss with prejudice Defendant Kristine DeBoer from the above-captioned matter, due to the filing of Chapter 7 bankruptcy of Kristine DeBoer. The Plaintiffs will proceed only against Defendant Trademark Tile, Inc.

Date: January 29, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By Pamela H N

Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*ATTORNEYS FOR PLAINTIFFS*

FEB 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that Defendant Kristine DeBoer is dismissed from this action with prejudice, that the action shall proceed against the corporate Defendant Trademark Tile, Inc., and that the caption shall be changed accordingly.

Date: Jan 31, 2002

Paul A. Magnuson
Judge of District Court