UNITED STATES DISTRICT COURT

**ORIGINAL**

DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

TRADEMARK TILE, INC.,

Defendant.

Civil No. 01-CV-2109 PAM/JGL

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Date: April 4, 2002

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*ATTORNEYS FOR PLAINTIFFS*

APR 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: April 10, 2002

The Honorable Paul A. Magnuson
Judge of District Court